USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2026

**MEMORANDUM ENDORSED**

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**GENE DIRKS**
*Senior Counsel*
Tel.: (212) 356-1981
edirks@law.nyc.gov

August 25, 2026

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Katherine Strickle v. City of New York, et al.
26-CV-1912 (GHW)

Your Honor,

I am a Senior Counsel in the office of Steven Banks, Corporation Counsel for the City of New York, assigned to the defense of the above-referenced matter on behalf of defendant City of New York. I write to respectfully request that the pending Initial Conference, currently scheduled for September 1, 2026 at 3:00 p.m., be adjourned *sine die*, as this case is participating in the Southern District's Local Civil Rule 83.10, and Mediation is meant to take effect in this matter, on or about September 11, 2026. Plaintiff's counsel consents to this request, and the parties are hopeful that mediation could prove efficacious in this matter.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Gene Dirks
Gene Dirks
*Senior Counsel*
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, NY 10007

Application granted in part. The initial pretrial conference scheduled for September 1, 2026 is adjourned to November 4, 2026 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's March 10, 2026 order are due no later than October 28, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.

SO ORDERED.

Dated: August 26, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

212-356-1981
edirks@law.nyc.gov

CC: Mr. Philip Akakwam (*via ECF*)
Law Offices of Philip Akakwam
303 Livingston Avenue, 2nd Floor
Brooklyn, NY 11217
718-858-2488
pakakwam@gmail.com