USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

**UGO UZOH, P.C.**
ATTORNEYS AT LAW
56 WILLOUGHBY STREET, THIRD FLOOR
BROOKLYN, NEW YORK 11201
TEL: (718) 874-6045, FAX: (718) 576-2685

**MEMORANDUM ENDORSED**

October 28, 2026

Application granted. The initial pretrial conference scheduled for November 4, 2026 is adjourned to December 16, 2026 at 11:00 a.m. The joint status letter and proposed case management plan described in the Court's March 10, 2026 order are due no later than December 9, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 14.

SO ORDERED.

Dated: October 29, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

**Via ECF**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Katherine Strickle v. City of New York, et al.
26 CV 1912 (GHW) (GWG)

Dear Judge Woods:

This firm represents Plaintiff Katherine Strickle, in connection with the above referenced matter. I write to respectfully request an adjournment of the Initial Conference presently scheduled for November 4, 2026, at 3:00 p.m.,[1] and an extension of October 28, 2026, deadline for submission of the parties' joint status letter and a proposed case management plan. This is the first request for an adjournment of the Conference and for an extension of the deadline. Defense counsel consents to this request(s).

The requested extension is made necessary to afford the undersigned sufficient time to review the documents and/or materials reproduced by defense counsel to the undersigned two days ago and to hopefully get up to speed with the case.[2]

Thank you for your time and consideration of the plaintiff's request(s).

Respectfully submitted,

Ugochukwu Uzoh

cc: All counsel (via ECF)

[1] The undersigned could not reach out to defense counsel for proposed alternative dates for the Conference due to the timing of this letter/filing.

[2] My colleague and former counsel for the plaintiff, Philip Akakwam, unfortunately passed away two days ago. Mr. Akakwam had been sick for several years, but his condition worsened in the past couple of months leading up to his death. Mr. Akakwam was a solo practitioner, and his condition might have affected his work in this matter.